People of the State of Illinois, Plaintiff-Appellee, v. James Ezell, Defendant-Appellant.

Gen. No. 49,722.

First District, Second Division.

June 15, 1965.

R. Eugene Pincham and Charles B. Evins, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Joseph A. Malek, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.